ROBERT STURLA ET AL., RESPONDENTS, v. CENTRAL
RAILROAD COMPANY OF NEW JERSEY, APPELLANT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is
printed in 4 *N. J. Mis. R.* 287.

For the respondents, *Stokes & McDermott.*

For the appellant, *William A. Barkalow.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.